564 U.S. 1046, 131 S. Ct. 3056, 180 L. Ed. 2d 902, 2011 U.S. LEXIS 4986.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 597 F.3d 1117.

**No. 10-627. City of New York, New York, Petitioner v. Permanent Mission of India to the United Nations, et al.**

564 U.S. 1046, 131 S. Ct. 3056, 180 L. Ed. 2d 902, 2011 U.S. LEXIS 4951.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 618 F.3d 172.

**No. 10-1049. John Larson and Robert Pfaff, Petitioners v. United States.**

564 U.S. 1046, 131 S. Ct. 3059, 180 L. Ed. 2d 902, 2011 U.S. LEXIS 4922.

June 27, 2011. Petition for writ of certiorari to the United States Court of

Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 407 Fed. Appx. 506.